Matter of Attorneys in Violation of Judiciary Law § 468-a (Nwosu) (2024 NY Slip Op 00493)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Nwosu)

2024 NY Slip Op 00493

Decided on February 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 1, 2024

PM-16-24
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Anthony Emeka Nze Nwosu, Respondent. (Attorney Registration No. 4069514.)

Calendar Date:January 12, 2024

Before:Clark, J.P., Pritzker, Lynch, Reynolds Fitzgerald and Powers, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Anthony Emeka Nze Nwosu, respondent pro se.

Motion by respondent for an order reinstating him to the practice of law following his suspension by October 2023 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 220 AD3d 1012, 1015 [3d Dept 2023]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).[FN1]
Upon reading respondent's notice of motion and affidavit with exhibits filed October 19, 2023, supplemental filings by respondent with exhibits filed November 22, 2023 and January 5, 2024, and the December 29, 2023 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined that respondent has not satisfied his burden of demonstrating his entitlement to reinstatement(see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is
ORDERED that respondent's motion for reinstatement is denied.
Clark, J.P., Pritzker, Lynch, Reynolds Fitzgerald and Powers, JJ., concur.

Footnotes

Footnote 1: It is noted that, by order filed January 3, 2024, respondent has also been suspended by the Executive Office for Immigration Review's Board of Immigration Appeals from practicing law before the Board, the Immigration Courts or the Department of Homeland Security based on this Court's suspension of respondent.